UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILEUM INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIBOTT SARL, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01413-HSG<br><br>**ORDER** |

The Clerk entered default against defendants in this case on May 18, 2023. Dkt. No. 31. The next day, a letter from defendants dated May 4, 2023 was filed on the docket. Dkt. No. 32. In the letter, defendants requested an extension of the deadline to file a response to the Complaint. *Id*.

The Court **DIRECTS** Plaintiff to file by June 28, 2023, a statement of no more than two pages notifying the Court whether it intends to file a motion for default judgment, and if so, when. The Court further **DIRECTS** Plaintiff to review Dkt. No. 32 and make best efforts to contact the parties identified in the letter before deciding whether to file a motion for default judgment.

**IT IS SO ORDERED.**

Dated: 6/14/2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge