TIMOTHY A. MILLER (SBN 154744)
VALLE MAKOFF LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
Telephone: (650) 966-5113
Facsimile: (650) 240-0485
Email:  tmiller@vallemakoff.com

MICHAEL S. SHUSTER (*pro hac vice forthcoming*)
SCOTT M. DANNER (*pro hac vice forthcoming*)
YOUZHIHANG DENG (*pro hac vice forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-8530
Facsimile: (646) 837-0310
Email: mshuster@hsgllp.com
Email: sdanner@hsgllp.com
Email: ydeng@hsgllp.com

Attorneys for Plaintiff Mobileum Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOBILEUM INC.,<br><br>PLAINTIFF,<br><br>V.<br><br>KIBOTT SARL, OLAF FUNKE AND CELINE DELLIS,<br><br>DEFENDANTS. | Case No. 4:23-cv-1413-HSG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF MOBILEUM INC.; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF MOBILEUM INC.; Case No. 4:23-cv-1413-HSG**

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately, counsel of record for Plaintiff Mobileum Inc. ("Mobileum") has changed.  Mobileum has retained Valle Makoff LLP and Holwell Shuster & Goldberg LLP to substitute as counsel for Kirkland & Ellis LLP in the above-captioned matter.

Withdrawing counsel for Plaintiff Mobileum are:

CHRISTOPHER W. KEEGAN (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.439.1400
Facsimile: 415.439.1500
Email: christopher.keegan@kirkland.com

STEPHEN M. SILVA (SBN 335865)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.439.1400
Facsimile: 415.439.1500
Email: stephen.silva@kirkland.com

AARON H. MARKS (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212.446.4856
Facsimile: 212.446.4900
Email: aaron.marks@kirkland.com

AMAL EL BAKHAR (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212.446.4856
Facsimile: 212.446.4900
Email: amal.elbakhar@kirkland.com

//

//

//

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff Mobileum:

TIMOTHY A. MILLER (SBN 154744)
VALLE MAKOFF LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (650) 966-5113
Facsimile: (650) 240-0485
Email:  tmiller@vallemakoff.com

MICHAEL S. SHUSTER (*pro hac vice forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5153
Facsimile: (646) 837-8677
Email: mshuster@hsgllp.com

SCOTT M. DANNER (*pro hac vice forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-8530
Facsimile: (646) 837-0310
Email: sdanner@hsgllp.com

YOUZHIHANG DENG (*pro hac vice forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-8530
Facsimile: (646) 837-0310
Email: ydeng@hsgllp.com

The following attorneys accept this substitution of counsel:

Dated:  June 30, 2023.                              KIRKLAND & ELLIS LLP

                                                    By: /s/  Christopher W. Keegan
                                                          CHRISTOPHER W. KEEGAN

Dated:  June 30, 2023.                              KIRKLAND & ELLIS LLP

                                                    By: /s/  Stephen M. Silva
                                                          STEPHEN M. SILVA

| | | |
|---|---|---|
| 1 | Dated: June 30, 2023. | KIRKLAND & ELLIS LLP |
| 2 | | By: /s/ Aaron H. Marks |
| 3 | | AARON H. MARKS |
| 4 | Dated: June 30, 2023. | KIRKLAND & ELLIS LLP |
| 5 | | By: /s/ Amal El Bakhar |
| 6 | | AMAL EL BAKHAR |
| 7 | Dated: June 30, 2023. | VALLE MAKOFF LLP |
| 8 | | By: /s/ Timothy A. Miller |
| 9 | | TIMOTHY A. MILLER |
| 10 | Dated: June 30, 2023. | HOLWELL SHUSTER & GOLDBERG LLP |
| 11 | | By: /s/ Michael S. Shuster |
| 12 | | MICHAEL S. SHUSTER |
| 13 | Dated: June 30, 2023. | HOLWELL SHUSTER & GOLDBERG LLP |
| 14 | | By: /s/ Scott M. Danner |
| 15 | | SCOTT M. DANNER |
| 16 | Dated: June 30, 2023. | HOLWELL SHUSTER & GOLDBERG LLP |
| 17 | | By: /s/ Youzhihang Deng |
| | | YOUZHIHANG DENG |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: June 30, 2023.                              VALLE MAKOFF LLP

                                                   By: */s/ Timothy A. Miller*
                                                         TIMOTHY A. MILLER

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:    7/3/2023

*Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge