UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOBILEUM INC.,

        Plaintiff,

v.

KIBOTT SARL, et al.,

        Defendants.

Case No. 23-cv-01413-HSG

**SCHEDULING ORDER**

A case management conference was held on August 15, 2023. Having considered the parties' proposals, *see* Dkt. No. 55, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 13, 2023 |
| Close of Fact Discovery | November 6, 2023 |
| Exchange of Opening Expert Reports | January 5, 2024 |
| Exchange of Rebuttal Expert Reports | February 5, 2024 |
| Close of Expert Discovery | March 1, 2024 |
| Dispositive Motion Hearing Deadline | May 23, 2024, at 2:00 p.m. |
| Pretrial Conference | August 13, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | October 7, 2024, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  This order **TERMINATES** Dkt. No. 55.
4  **IT IS SO ORDERED.**
5  Dated: 8/24/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge